**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**FORT WORTH PARTNERS, LLC**                                                                 **PLAINTIFF**

v.                                     **CASE NO. 5:22-CV-5181**

**NILFISK, INC.** and
**NILFISK HOLDING A/S,**
a Danish Corporation                                                                          **DEFENDANTS**

**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that Defendants Nilfisk, Inc. and Nilfisk Holding are liable to Fort Worth Partners for breach of contract in the total amount of **$14,574,798.53**, plus post-judgment interest at a rate of 3.91% per annum[1] that has accrued since entry of the Court's Bench Trial Opinion and Order (Doc. 101) on September 30, 2024, and will continue to accrue on the amount owed until the balance is paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Nilfisk, Inc. and Nilfisk Holding are liable to Fort Worth Partners for attorneys' fees and costs in the total amount of **$119,235.40**.

While the Court permits Fort Worth Partners to recover post-judgment interest accruing since September 30, 2024, the parties and the Court are all in agreement that the automatic thirty-day stay of execution provided for under Federal Rule of Civil Procedure 62(a) should commence upon entry of this Judgment.

---

[1] *See* Board of Governors of the Federal Reserve System, Data Download Program: H.15 Selected Interest Rates for 2024-09-27, https://www.federalreserve.gov/datadownload/Preview.aspx?pi=400&rel=H15&preview=%20H15/H15/RIFLGFCY01_N.WF [https://perma.cc/8LNF-824S].

**IT IS SO ORDERED AND ADJUDGED** on this 29th day of January, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE